IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ELIZABETH A. FRICHTL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 12-cv-0641-MJR-CJP |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is now before the Court on the parties' October 25, 2012 Stipulation to Remand (Doc. 18).

There are only two avenues for remanding a social security case. Remand can be ordered pursuant to sentence four or sentence six of 42 U.S.C. § 405(g). A sentence four remand depends upon a finding of error and is itself a final, appealable order. In contrast, a sentence six remand is for the purpose of receipt of new evidence and does not determine whether the Commissioner's decision as rendered was correct. A sentence six remand is not an appealable order. *See Melkonyan v. Sullivan*, **501 U.S. 89 (1991); Perlman** *v. Swiss Bank Corporation Comprehensive Disability Protection Plan*, **195 F.3d 975, 978 (7th Cir. 1999).**

Here, the parties stipulate that this case should be remanded pursuant to sentence four. In accordance with *Schaefer v. Shalala*, **509 U.S. 292, 302-303 (1993),** judgment will be entered in favor of Plaintiff.

1

The Court notes that Ms. Frichtl filed her application for benefits in April, 2009, and the ALJ issued his decision in November 2010 (Tr. 33-39).  Administrative remedies were not completed until March 2012, when the Appeals Council denied review  (Tr. 1).  While recognizing that the agency has a full docket, the Court urges the Commissioner to expedite this matter to the extent practicable.

For good cause shown, the parties' Stipulation to Remand (Doc. 18) is **GRANTED**. The final decision of the Commissioner of Social Security denying Elizabeth Frichtl's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence **four** of 42 U.S.C. §405(g).

The Clerk of Court is directed to enter judgment in favor of plaintiff.

IT IS SO ORDERED.

DATED October 28, 2012.

s/ Michael J. Reagan
MICHAEL J. REAGAN
U.S. DISTRICT JUDGE

2